# EXHIBIT A

Commonwealth of Kentucky
Hardin Circuit Court
Case No.

*Filed Electronically*

Beverly Wiseman                                                          PLAINTIFF

v.

January Technologies, Inc.                                               DEFENDANT
Serve:
    National Registered Agents, Inc.
    1209 Orange Street
    Wilmington, DE 19801

Security Credit Services, LLC
Serve:
    William Alias, Jr
    306 Enterprise Drive
    Oxford, MS 38655

\*   \*   \*   \*   \*

## VERIFIED CONSUMER CLASS ACTION
## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is a Consumer Class Action by Plaintiff Beverly Wiseman against Defendants January Technologies, Inc. and Security Credit Services, LLC for their violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

2. Beverly Wiseman brings this action individually on behalf of herself and as a proposed class action on behalf of all other Kentucky consumers similarly situated for damages caused by Defendants' unlawful conduct.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises under KRS 23A.010 and the FDCPA, 15 U.S.C. §

1692k. Venue is proper, because many of the relevant events affected and/or damaged a consumer living within Hardin County, Kentucky, which is located within this Circuit.

## PARTIES

4. Plaintiff Beverly Wiseman is a natural person who resides in Hardin County, Kentucky and is a "person" within the meaning of the FDCPA.

5. Defendant January Technologies, Inc. ("January Technologies") is a Delaware corporation, which has not registered with the Kentucky Secretary of State and is engaged in the business collecting defaulted debts in this state. January Technologies' principal place of business is located 176 Grand Street, 4th Floor, New York, NY 10013.

6. January Technologies is a "debt collector" as defined by the FDCPA at 15 U.S.C. §1692a(6) inasmuch as it regularly collects consumer individual debts of natural persons who are citizens of Kentucky using instrumentalities of interstate commerce or the mails in its business, the principal purpose of which is the collection of debts. January Technologies's principal purpose is the collection of debt as explained on its official website:

> **Powering billions in recoveries**
> We've serviced $10B+ in debt, handling more accounts than all but the top 10 banks.
>
> **The trusted partner in finance**
> Top lenders, credit unions, and debt buyers rely on us to maximize recoveries—while protecting customer relationships.

https://www.january.com/

7. Defendant Security Credit Services, LLC ("SCS") is a Mississippi limited liability company, which has not registered with the Kentucky Secretary of State and is engaged in the business of purchasing debt from creditors and collecting these debts in this state. SCS's principal place of business is located at 306 Enterprise Drive, P.O. Box 1156, Oxford, MS 38655.

Docusign Envelope ID: A7FF519F-1EB4-404C-BAA2-6746DC579B05    Deanna Simcoe, Hardin Circuit Clerk

8.  SCS is a "debt collector" as defined by the FDCPA at 15 U.S.C. §1692a(6) inasmuch as it regularly collects consumer individual debts of natural persons who are citizens of Kentucky using instrumentalities of interstate commerce or the mails in its business, the principal purpose of which is the collection of debts. SCS's principal purpose is the collection of debt as explained on its official website:

> As one of the country's leading privately owned receivables purchasing companies, Security Credit Services is committed to providing a positive experience with debt management.
>
> We work with individuals to understand their situation and create realistic payment plans. Through a compassion-based approach, our team looks to build positive relationships with consumers and accommodate each unique situation.

https://www.securitycreditservicesllc.com/

## STATEMENT OF FACTS

9.  On September 26, 2024, January Technologies sent Ms. Wiseman a collection letter on SCS's behalf. A true and accurate copy of January Technologies' September 26th letter is attached as Exhibit "A".

10. January Technologies' September 26th letter was an attempt to collect an alleged defaulted debt originated by Tempoe, LLC. The September 26th letter necessarily implies that SCS purchased the charged off Tempoe debt.

11. SCS purchased Ms. Wiseman's Tempoe debt from Tempoe, LLC as part of a massive tranche of similar consumer debts.

12. The September 26th letter noted that the Tempoe debt became due and payable as of June 8, 2016.

13. As explained by the Consumer Financial Protection Bureau ("CFPB"), Tempoe, LLC, is an Ohio-based nonbank consumer finance

-3-

company that offered lease purchase agreements to consumers nationwide. Between 2015 and 2022, Tempoe entered into over 1.8 million financial agreements with consumers.

Tempoe purchased personal property and services from retailers and then leased them to consumers. They would pay retailers for the item, charge the consumer an initial payment at the point of sale, and then charge additional payments on a bi-weekly or monthly basis.

Typically, consumers were offered Tempoe's product after applying and being rejected for conventional financing when trying to make a purchase at a retailer. Consumers made periodic payments for an initial term of five months, after which they had to decide whether to purchase the items with a large additional payment or return the property and receive nothing in return. Consumers were offered leases for items such as auto parts, large home appliances, furniture, toys, and jewelry.[1]

14. At some point in time prior to June 8, 2016, Ms. Wiseman entered into a lease agreement with Tempoe.

15. Ms. Wiseman used the leased property from Tempoe for personal, family, and/or household purposes, which makes the Tempoe debt a "debt" within the meaning of the FDCPA.

16. Under Kentucky law, "[a]n action for default under a lease contract, including breach of warranty or indemnity, must be commenced within four (4) years after the cause of action accrued." KRS 355.2A-506(1). So, the Tempoe debt was years past the applicable statute of limitations when January Technologies sent Ms. Wiseman the September 26th collection letter on SCS's behalf.

17. In January 2025, Ms. Wiseman retained counsel and paid the costs for mailing a debt-validation letter to January Technologies via USPS Priority Mail.

18. To date, January Technologies has not responded to the debt-validation letter.

---

[1] https://www.consumerfinance.gov/about-us/blog/cfpb-to-distribute-over-191-million-to-consumers-harmed-by-tempoe/

Case 3:25-cv-00467-CHB   Document 1-1   Filed 07/28/25   Page 6 of 19 PageID #: 9

Docusign Envelope ID: A7FF519F-1EB4-404C-B4A2-67460C579B05   Deanna Simcoe, Hardin Circuit C...

19. On September 11, 2023, Tempoe, LLC entered into a Consent Order with the CFPB. A true and accurate copy of the Consent Order is attached as Exhibit "B".

20. The Consent Order provides that Tempoe ("Respondent") had to close all existing leases and deem the leases satisfied in full:

> Respondent shall close each consumer account that it owns or controls, without regard to whether such accounts are in default, and any remaining balance currently owed to Respondent by a consumer shall be deemed by Respondent as satisfied in full. This includes approximately 19,300 leases with an aggregate remaining balance of approximately $33,649,417. Respondent shall also grant each of its existing lessees currently in possession of leased property ownership of the leased property.

21. Ms. Wiseman's Tempoe lease debt was included in the above 19,300 leases that were deemed satisfied in full.

22. January Technologies and SCS violated the FDCPA by (i) attempting to collect a time-barred debt from Ms. Wiseman, and (ii) attempting to collect a debt from Ms. Wiseman that she does not owe.

## INDIVIDUAL CLAIMS FOR RELIEF

**I.   Claims against January Technologies, Inc.**

23. The foregoing acts and omissions of January Technologies, Inc. violate the FDCPA.

24. January Technologies' violations of the FDCPA include but are not limited to:

> **12 C.F.R. § 1006.26, and 15 U.S.C. §§ 1692e and 1692f** and one or more subsections of each statute by attempting to collect a time-barred debt from Ms. Wiseman.
>
> **15 U.S.C. § 1692e(2)(A)** by falsely representing in the September 26th dunning letter that Ms. Wiseman owed a debt that she does not in fact owe.
>
> **15 U.S.C. § 1692e(10)** by attempting to collect the Tempoe debt from Ms. Wiseman that she does not in fact owe.

15 U.S.C. § 1692f(1) by attempting to collect the Tempoe debt from Ms. Wiseman that she does not owe.

## II. Claims against Security Credit Services, LLC

25. The foregoing acts and omissions of Security Credit Services, LLC's violate the FDCPA.

26. SCS's violations of the FDCPA include but are not limited to:

**12 C.F.R. § 1006.26, and 15 U.S.C. §§ 1692e and 1692f** and one or more subsections of each statute by attempting to collect a time-barred debt from Ms. Wiseman.

**15 U.S.C. § 1692e(2)(A)** by falsely representing in the September 26th dunning letter that Ms. Wiseman owed a debt that she does not in fact owe.

**15 U.S.C. § 1692e(10)** by attempting to collect the Tempoe debt from Ms. Wiseman that she does not in fact owe.

**15 U.S.C. § 1692f(1)** by attempting to collect the Tempoe debt from Ms. Wiseman that she does not owe.

## CLASS ALLEGATIONS

27. Plaintiff Beverly Wisemen incorporates all paragraphs pleaded *supra* as if fully set out under Class Allegations.

28. Plaintiff Beverly Wiseman brings her claims alleged in this action against January Technologies, Inc. and Security Credit Services, LLC as a proposed class action on behalf of all persons in the Commonwealth of Kentucky similarly situated to Plaintiff comprised of the following persons:

**CLASS I:   January Technologies, Inc.—Attempting to Collect a Time-Barred Debt**

29. All Kentucky persons/consumers within the one (1) year period prior to the date of filing of this action by Ms. Wiseman from whom January Technologies, Inc. attempted to collect a time-barred debt.

**CLASS II:** January Technologies, Inc.—Attempting to Collect a Debt that is Not Owed

30. All Kentucky persons/consumers within the one (1) year period prior to the date of filing of this action by Ms. Wiseman from whom January Technologies, Inc. attempted to collect a debt originated by Tempoe, LLC.

**CLASS III:** Security Credit Services, LLC—Attempting to Collect a Time-Barred Debt

31. All Kentucky persons/consumers within the one (1) year period prior to the date of filing of this action by Ms. Wiseman from whom SCS, Inc. attempted to collect a time-barred debt.

**CLASS IV:** Security Credit Services, LLC—Attempting to Collect a Debt that is Not Owed

32. All Kentucky persons/consumers within the one (1) year period prior to the date of filing of this action by Ms. Wiseman from whom SCS, Inc. attempted to collect a debt originated by Tempoe, LLC.

33. The proposed Classes as set out *supra* and represented by Beverly Wiseman in this action, of which she herelf is a member, consists of those persons as defined and which members of the proposed Classes are so numerous that joinder as parties of individual members is impracticable.

56. Plaintiff's claims are typical of the claims of the proposed Classes as set out *supra*.

57. There are common questions of law and fact applicable to the members of the proposed Classes in this action that relate to and affect the rights of each member of the proposed Classes, and the relief sought is common to the entire proposed class because all members of the proposed Classes have the same issues of law in common as alleged *supra* for each Count of this action.

58. There is no known conflict between Plaintiff and any other members of the proposed Classes with respect to this action, or with respect to the claims for relief herein set forth.

Docusign Envelope ID: A7FF519F-1EB4-404C-BAA2-67460C579B05    Deanna Simcoe, Hardin Circuit Clerk

59. Plaintiff is the representative party for the proposed Classes, able to and will, fairly and adequately protect the interest of each of the proposed Classes.

60. Plaintiff's attorneys are experienced and capable in the field of consumer rights, including FDCPA violations.

61. Plaintiff's attorneys have successfully represented other claimants in similar litigation.

62. The action is properly maintained as a class action in that the prosecution of separate actions by individual members of the proposed Classes would create a risk that individual adjudications could be dispositive of the interests of other members not a party to such adjudication or could substantially impair or impede their ability to protect their interest.

63. This action is properly maintained as a class action because the prosecution of separate actions by individual members of the proposed Classes would create risk of varying individual adjudications, which would establish incompatible standards of conduct for Defendants.

64. This action is properly maintained as a class action inasmuch as the questions of law and fact common to the proposed class members predominate over any questions affecting only individual members; a class action is superior to other methods available for the efficient adjudication of the controversy; the relief sought by all members of the proposed Classes will be effective and appropriate for the entirety of each proposed class; and all members of the proposed Classes have a right to damages or other relief that may be readily computed in each case or otherwise readily determined.

65. The identity of each individual member of the proposed Classes can be ascertained from the books and records maintained by Defendants.

66. Because many of the persons who comprise the proposed class in this case may not

-8-

be aware of their rights, or may not be in a financial position to readily assert their rights, and because relegation of their claims to individual actions would result in an unreasonable multiplicity of suits and a corresponding burden on this and other courts, a class action is far superior to all other methods for a fair and efficient adjudication of this controversy.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Beverly Wiseman requests the Court grant her and the proposed Class the following relief:

1. Award Plaintiff and all members of the proposed Classes their actual damages;

2. Award Plaintiff and all members of the proposed Classes maximum statutory damages;

3. Award Plaintiff and all members of the proposed Classes attorney's fees, litigation expenses and costs;

4. A trial by jury; and

5. Any other relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ James H. Lawson
James Hays Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@lawsonatlaw.com

/s/ Juliana N. Madaki
Juliana N. Madaki, KBA 98119
*Law Practice Group, PLLC*
4211 Poplar Level Road, Suite 201
Louisville, KY 40213
Tel:   (502) 269-5617
Fax:   (502) 632-6350
jules@LPGLegal.com

-10-

## VERIFICATION

Plaintiff Beverly Wiseman declares as follows:

1. I am the Plaintiff in the present case.

2. I reside in Hardin County, KY.

3. I have personal knowledge of myself and my activities, including those set forth in this Verified Complaint. If called upon to testify, I could and would testify competently and truthfully as to the matters stated in this Verified Complaint.

4. I verify and affirm under the penalty of perjury under the laws of the United States of America and the Commonwealth of Kentucky that the factual averments in this Verified Complaint concerning myself and my activities are true and correct. 28 U.S.C. § 1746.

Executed on 6/30/2025

*Beverly Wiseman* (DocuSigned)

Beverly Wiseman

| AOC-E-105   Sum Code: CI |  | Case #: **25-CI-01200** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **HARDIN** |
| Court of Justice   Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* WISEMAN, BEVERLY VS. JANUARY TECHNOLOGIES, INC. ET AL, *Defendant*

TO: **NATIONAL REGISTERED AGENTS, INC.**
    **1209 ORANGE STREET**
    **WILMINGTON, DE 19801**

Memo: Related party is JANUARY TECHNOLOGIES, INC.

The Commonwealth of Kentucky to Defendant:
**JANUARY TECHNOLOGIES, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: 6/30/2025

Presiding Judge: HON. JOHN DAVID SIMCOE (609410)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: @00000403737
CIRCUIT: 25-CI-01200 Certified Mail
WISEMAN, BEVERLY VS. JANUARY TECHNOLOGIES, INC. ET AL




Page 1 of 1

eFiled

| AOC-E-105   Sum Code: CI |  | Case #: **25-CI-01200** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **HARDIN** |
| Court of Justice    Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* WISEMAN, BEVERLY VS. JANUARY TECHNOLOGIES, INC. ET AL, *Defendant*

TO: **WILLIAM ALIAS JR**
    **306 ENTERPRISE DRIVE**
    **OXFORD, MS 38655**

Memo: Related party is SECURITY CREDIT SERVICES, LLC

The Commonwealth of Kentucky to Defendant:
**SECURITY CREDIT SERVICES, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: 6/30/2025

Presiding Judge: HON. JOHN DAVID SIMCOE (609410)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: @00000403738
CIRCUIT: 25-CI-01200 Certified Mail
WISEMAN, BEVERLY VS. JANUARY TECHNOLOGIES, INC. ET AL



Page 1 of 1

eFiled



# Commonwealth of Kentucky
## Deanna Simcoe, Hardin Circuit Clerk

Case #: **25-CI-01200**  Envelope #: **10964693**

Received From: **JAMES LAWSON**  Account Of: **JAMES LAWSON**

Case Title: **WISEMAN, BEVERLY VS. JANUARY TECHNOLOGIES, INC. ET AL**  Confirmation Number: **204529920**

Filed On: 6/30/2025 11:59:46AM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $36.20 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $3.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $2.60 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
|   | **TOTAL:** | **$331.80** |

Generated: 6/30/2025  Page 1 of 1



Date Produced: 07/08/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8321 3781 07. Our records indicate that this item was delivered on 07/07/2025 at 12:15 p.m. in OXFORD, MS 38655. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

ALIAS, WILLIAM JR
306 ENTERPRISE DRIVE
OXFORD MS 38655

Customer Reference Number:   C6012108.36544235

25-CI-01200   07/08/2025   Deanna Simcoe, Hardin Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 42038655923609019403832137810T
MAILING DATE:      06/30/2025
DELIVERED DATE:    07/07/2025
Custom 1: DriverId-10964693
Custom 2: PartyId-71313021
Custom 3: SummonsNum-@00000403738
Custom 4: CentralMailId-242040
Custom 5: Source County-HARDIN

MAIL PIECE DELIVERY INFORMATION:

ALIAS, WILLIAM JR
306 ENTERPRISE DRIVE
OXFORD MS 38655

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 06/30/2025 15:02 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/30/2025 15:57 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/01/2025 19:49 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 07/01/2025 21:04 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 07/03/2025 12:47 | PROCESSED THROUGH USPS FACILITY | MEMPHIS TN DISTRIBUTION CENTER 38101 |
| 07/04/2025 01:17 | PROCESSED THROUGH USPS FACILITY | MEMPHIS TN DISTRIBUTION CENTER 38101 |
| 07/07/2025 12:15 | DELIVERED LEFT WITH INDIVIDUAL | OXFORD,MS 38655 |



25-CI-01200   07/08/2025   Deanna Simone Hardin, Circuit C...

Date Produced: 07/08/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8321 3780 91. Our records indicate that this item was delivered on 07/07/2025 at 05:37 a.m. in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON DE 19801

Customer Reference Number:   C6012108.36544236
25-CI-01200   07/08/2025   Deanna Simone Hardin, C...

COR : 000001 of 000002

2

25-CI-01200    07/08/2025    Deanna Simcoe, Hardin Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 4201980192360901940383213780 91
MAILING DATE:    06/30/2025
DELIVERED DATE:    07/07/2025
Custom 1: DriverId-10964693
Custom 2: PartyId-71313019
Custom 3: SummonsNum-@00000403737
Custom 4: CentralMailId-242039
Custom 5: Source County-HARDIN

MAIL PIECE DELIVERY INFORMATION:

NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON DE 19801

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 06/30/2025 15:02 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/30/2025 15:57 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/01/2025 19:49 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 07/01/2025 21:04 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 07/04/2025 13:38 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 07/05/2025 13:32 | ARRIVAL AT UNIT | WILMINGTON,DE 19801 |
| 07/05/2025 13:43 | OUT FOR DELIVERY | WILMINGTON,DE 19801 |
| 07/05/2025 15:04 | RESCHEDULED TO NEXT DELIVERY DAY | WILMINGTON,DE 19801 |
| 07/07/2025 05:37 | DELIVERED INDIVIDUAL PICKED UP AT USPS | WILMINGTON,DE 19801 |
| 07/07/2025 09:44 | AVAILABLE FOR PICKUP | WILMINGTON,DE 19801 |